FOR PUBLICATION
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED

SEP 9 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> YOUNES NASRI, <br><br> Claimant-Appellant, <br><br> v. <br><br> $1,152,366.18 IN FUNDS FROM BENDURA BANK AG, PORTFOLIO NUMBER XX5.280, Held in The Name of Golden Castle Technology Limited; $53,020.18 IN FUNDS FROM BENDURA BANK AG, PORTFOLIO NUMBER XX3.200, Held in The Name of Younes Nasri, <br><br> Defendants. | No.   22-55685 <br><br> D.C. No. <br> 3:21-cv-01134-WQH-BLM <br><br> ORDER |

Before:  BYBEE, BENNETT, and DESAI, Circuit Judges.

The Opinion filed October 29, 2024, and appearing at 119 F.4th 1172 (9th Cir. 2024), is withdrawn. It may not be cited as precedent by or to this court or any district court of the Ninth Circuit.  Oral argument will be scheduled by separate order, and

the court will file a new opinion in due course. Because the court's opinion is withdrawn, the petition for rehearing en banc is DENIED as moot.